FILED

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

2008 JUN -3 PM 2: 24

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | | |
|---|---|---|
| PAYPAL, INC., | ) | CAUSE NO.: V 0 2 6 8 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARKET DEVELOPMENT | ) | |
| SPECIALISTS, INC. D/B/A | ) | |
| WINTERGREEN SYSTEMS and | ) | |
| JOHN LEVY | ) | |
| | ) | |
| Defendant. | | |

## APPEARANCE

**To the Clerk of this Court and all parties of record:**

I, the below-signed, state that pursuant to N.D. L.R. 83.5(f), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my Appearance as counsel in this case for **PayPal, Inc.**

James Dimos, #11178-49
Attorney for PayPal, Inc.

LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: 317-237-3800
Fax: 317-237-3900
E-mail: jdimos@locke.com

889208_1