```
                                                                        FILED
                    IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF INDIANA  2008 JUN -3 PM 2:24
                          SOUTH BEND DIVISION
```

PAYPAL, INC.,                        )    CAUSE NO.: 9 STEPHEN O.WO 2 6 8
                                     )                FOR THE NORTHERN DISTRICT
        Plaintiff,          )                    OF INDIANA
                                     )
    v.                              )
                                     )
MARKET DEVELOPMENT                   )
SPECIALISTS, INC. D/B/A              )
WINTERGREEN SYSTEMS and              )
JOHN LEVY                            )
                                     )
        Defendant.          )

## APPEARANCE

**To the Clerk of this Court and all parties of record:**

I, the below-signed, state that pursuant to N.D. L.R. 83.5(f), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my Appearance as counsel in this case for **PayPal, Inc.**

                                                              _/s/ Darren A. Craig_
                                                              Darren A. Craig, #25534-49
                                                               Attorney for PayPal, Inc.

LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: 317-237-3800
Fax: 317-237-3900
E-mail: dcraig@locke.com

889207_1