FILED

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

2008 JUN -3 PM 2: 23

STEPHEN R. LUDWIG, CLERK
US DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | |
|---|---|
| PAYPAL, INC., | ) CAUSE NO.: |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARKET DEVELOPMENT SPECIALISTS, INC. D/B/A WINTERGREEN SYSTEMS and JOHN LEVY | ) ) ) ) |
| | ) |
| Defendant. | |

## APPEARANCE

**To the Clerk of this Court and all parties of record:**

I, the below-signed, state that pursuant to N.D. L.R. 83.5(f), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my Appearance as counsel in this case for **PayPal, Inc.**

_____
James M. Matthews, #10450-49
Attorney for PayPal, Inc.

LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: 317-237-3800
Fax: 317-237-3900
E-mail: jmatthews@locke.com

889209_1