FILED

2008 JUN -3 PM 2:25

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PAYPAL, INC., | ) CAUSE NO.: |
|     Plaintiff, | ) |
| v. | ) |
| MARKET DEVELOPMENT SPECIALISTS, INC. D/B/A WINTERGREEN SYSTEMS and JOHN LEVY | ) |
|     Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff PayPal, Inc., by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that it is a wholly-owned subsidiary of eBay, Inc., which is a publicly traded corporation.

LOCKE REYNOLDS LLP

By: *Darren A. Craig*
James Dimos, #11178-49
James M. Matthews, #10450-49
Darren A. Craig, #25534-49
Attorneys for Plaintiff PayPal, Inc.

201 North Illinois Street, Suite 1000
P.O. Box 444961
Indianapolis, IN 46244-0961
Phone: (317) 237-3800
Fax:    (317) 237-3900
jdimos@locke.com
jmatthews@locke.com
dcraig@locke.com

889210_1