UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PAYPAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 3:08-cv-00268-RL-CAN |
| MARKET DEVELOPMENT SPECIALISTS, INC. d/b/a WINTERGREEN SYSTEMS and JOHN LEVY, | ) |
| Defendant. | ) |

## APPEARANCE

Mark J. Adey of the law firm of Barnes & Thornburg LLP hereby enters his appearance as counsel for Defendants Market Development Specialists, Inc. d/b/a Wintergreen Systems and John Levy.

BARNES & THORNBURG LLP

/s/ Mark J. Adey
Mark J. Adey
600 1st Source Bank Center
100 North Michigan
South Bend, Indiana 46601
Telephone: (574) 233-1171
Facsimile: (574) 237-1125
Email: *mark.adey@btlaw.com*

*Attorney for Defendants
Market Development Specialists, Inc.
and John Levy*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and complete copy of the above and foregoing *Appearance* was served upon the following counsel of record electronically or by depositing the same in the United States mail, first class postage prepaid, this 27th day of June, 2008:

James Dimos
James M. Matthews
Darren A. Craig
LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 444961
Indianapolis, Indiana 46244

/s/ Mark J. Adey