PayPal Inc v. Market Development Specialists Inc et al Doc. 9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| PAYPAL, INC., Plaintiff, v. MARKET DEVELOPMENT SPECIALISTS, INC. d/b/a WINTERGREEN SYSTEMS and JOHN LEVY, Defendant. | ) | CASE NO.: 3:08-cv-00268-RL-CAN |

**NOTICE OF ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Market Development Specialists, Inc. and John Levy (together, the "Defendants"), pursuant to N.D. Ind. L.R. 6.1, respectfully submits this *Notice of Enlargement of Time to File Answer or Otherwise Respond to Plaintiff's Complaint* in this case. In support of this Notice, the Defendants state as follows:

1. Plaintiff filed its *Complaint* on June 3, 2008. The Defendants were served via mail on or about June 6, 2008.

2. The time to respond expired on June 26, 2008.

3. On June 26, 2008, counsel for the Defendants contacted Plaintiff's counsel to request an initial enlargement of time to respond to the Complaint, and Plaintiff's counsel consented to the extension.

WHEREFORE, the Defendants respectfully submit this Notice of Enlargement of Time extending the time within which to plead or otherwise respond to the Complaint to and including July 29, 2008.

Dockets.Justia.com

Respectfully submitted,

/s/ Mark J. Adey

Mark J. Adey (14175-46)
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan
South Bend, Indiana 46601
Telephone: (574) 233-1171
Facsimile: (574) 237-1125
Email: *mark.adey@btlaw.com*

*Attorneys for Defendants Market Development Specialists, Inc. and John Levy*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and complete copy of the above and foregoing *Notice of Enlargement of Time to File Answer or Otherwise Respond to Plaintiff's Complaint* was served upon the following counsel of record electronically or by depositing the same in the United States mail, first class postage prepaid, this 27th day of June, 2008:

James Dimos
James M. Matthews
Darren A. Craig
LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 444961
Indianapolis, Indiana 46244

/s/ Mark J. Adey

SBDS02 MJA 376275v1