UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PAYPAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 3:08-cv-00268-RL-CAN |
| | ) |
| MARKET DEVELOPMENT SPECIALISTS, INC. d/b/a WINTERGREEN SYSTEMS and JOHN LEVY, | ) ) ) ) |
| Defendants. | ) |

### DEFENDANT MARKETING DEVELOPMENT SPECIALISTS, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Marketing Development Specialists, Inc's ("MDS"), by counsel, pursuant to Fed.R.Civ.P. 7.1, files this Corporate Disclosure Statement and respectfully states as follows:

1. No corporation directly or indirectly owns 10% or more of any class of MDS's equity interests, so there are no entities to report pursuant to Fed.R.Civ.P. 7.1.

Dated: July 29, 2008

Respectfully submitted,

/s/ Mark J. Adey
Mark J. Adey (14175-46)
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan
South Bend, Indiana 46601
Telephone: (574) 233-1171
Facsimile: (574) 237-1125
Email: *mark.adey@btlaw.com*

*Attorneys for Defendants
Market Development Specialists, Inc. d/b/a
Wintergreen Systems and John Levy*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of a true and accurate copy of the foregoing *Defendant Marketing Development Specialists, Inc.'s Corporate Disclosure Statement* was served upon the following counsel of record electronically or by depositing the same in the United States mail, first class postage prepaid, this 29th day of July, 2008:

James Dimos
James M. Matthews
Darren A. Craig
LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 444961
Indianapolis, Indiana 46244

/s/ Mark J. Adey