IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| PAYPAL, INC., | ) | Cause No. 3:08-cv-268 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARKET DEVELOPMENT | ) | |
| SPECIALISTS, INC. D/B/A | ) | |
| WINTERGREEN SYSTEMS and | ) | |
| JOHN LEVY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF RULE 26 INITIAL DISCLOSURES

Plaintiff PayPal, Inc., by counsel, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and this Court's September 30, 2008, Scheduling Order and Memorandum of Status Conference, notifies the Court that it has served its Initial Disclosures on Defendants Market Development Specialists, Inc. d/b/a Wintergreen Systems and John Levy.

LOCKE REYNOLDS LLP

By: s/Darren A. Craig
    James Dimos, #11178-49
    James M. Matthews, #10450-49
    Darren A. Craig, #25534-49
    Attorneys for Plaintiff PAYPAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mark J. Adey  mark.adey@btlaw.com
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan
South Bend, IN  46601

      s/Darren A. Craig
      Darren A. Craig

LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
jdimos@locke.com
jmatthews@locke.com
dcraig@locke.com

912346_1