UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PAYPAL, INC., <br><br>        Plaintiff, <br>v. <br><br>MARKET DEVELOPMENT SPECIALISTS, INC. d/b/a WINTERGREEN SYSTEMS and JOHN LEVY, <br><br>        Defendant. | CASE NO.: 3:08-cv-00268-RL-CAN |

### NOTICE OF SELECTION OF MEDIATOR

Defendants Market Development Specialists, Inc. and John Levy hereby notify the Court that the parties have agreed upon Lew Laderer, LADERER & FISCHER, P.C., to serve as mediator in this case.

Respectfully submitted,

/s/ Mark J. Adey
Mark J. Adey (14175-46)
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan
South Bend, Indiana 46601
Telephone: (574) 233-1171
Facsimile: (574) 237-1125
Email: *mark.adey@btlaw.com*

*Attorneys for Defendants*
*Market Development Specialists, Inc.*
*and John Levy*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and complete copy of the above and foregoing *Notice of Selection of Mediator* was served upon the following counsel of record electronically or by depositing the same in the United States mail, first class postage prepaid, this 30th day of October, 2008:

James Dimos
James M. Matthews
Darren A. Craig
LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 444961
Indianapolis, Indiana 46244

/s/ Mark J. Adey

SBDS02 MJA 381229v1