IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PAYPAL, INC., | ) Cause No. 3:08-cv-268 |
|         Plaintiff, | ) |
| v. | ) |
| MARKET DEVELOPMENT SPECIALISTS, INC. D/B/A WINTERGREEN SYSTEMS and JOHN LEVY, | ) |
|         Defendants. | ) |

### PLAINTIFF PAYPAL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff PayPal, Inc. ("PayPal"), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 moves this Court to enter summary judgment in its favor and against Defendant Market Development Specialists, Inc. d/b/a/ Wintergreen Systems ("Wintergreen") on PayPal's breach of contract claim. As shown in PayPal's supporting brief and through PayPal's designated evidence, it is undisputed that Wintergreen has breached the terms of its contract with PayPal and refused to pay PayPal more than half a million dollars owed under the parties' agreement. Accordingly, this Court should enter an order granting PayPal's motion for summary judgment with respect to PayPal's breach of contract claim.

LOCKE REYNOLDS LLP

By: s/Darren A. Craig
    Darren A. Craig, #25534-49
    James Dimos, #11178-49
    James M. Matthews, #10450-49
    Attorneys for Plaintiff PAYPAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mark J. Adey  mark.adey@btlaw.com
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan
South Bend, IN  46601

                                            s/Darren A. Craig
                                            Darren A. Craig

LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
jdimos@locke.com
dcraig@locke.com
jmatthews@locke.com

918027_1