IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| PAYPAL, INC., | ) | Cause No. 3:08-cv-268 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARKET DEVELOPMENT | ) | |
| SPECIALISTS, INC. D/B/A | ) | |
| WINTERGREEN SYSTEMS and | ) | |
| JOHN LEVY, | ) | |
| | ) | |
| Defendants. | ) | |

## DESIGNATION OF EVIDENCE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff PayPal, Inc., by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, hereby designates the following material in support of its Motion for Partial Summary Judgment, which is attached hereto:

1. Affidavit of Siddharth Pershad, together with exhibits.


LOCKE REYNOLDS LLP

By:  s/Darren A. Craig
　　Darren A. Craig, #25534-49
　　James Dimos, #11178-49
　　James M. Matthews, #10450-49
　　Attorneys for Plaintiff PAYPAL, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mark J. Adey	mark.adey@btlaw.com
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan
South Bend, IN  46601

                                                s/Darren A. Craig
                                                Darren A. Craig

LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
jdimos@locke.com
dcraig@locke.com
jmatthews@locke.com

827974_1