IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PAYPAL, INC., | ) Cause No. 3:08-cv-268 |
|         Plaintiff, | ) |
| v. | ) |
| MARKET DEVELOPMENT SPECIALISTS, INC. D/B/A WINTERGREEN SYSTEMS and JOHN LEVY, | ) ) ) ) |
|         Defendants. | ) |

## NOTICE OF CHANGE OF FIRM NAME, CHANGE OF ADDRESS, AND EMAIL ADDRESS

James Dimos, James M. Matthews, and Darren A. Craig presently of Locke Reynolds LLP, give notice that as of January 5, 2009, the Firm will merge with Frost Brown Todd LLC and will continue to practice under that name at:

James Dimos
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
317-237-3848 [Direct]
317-237-3900 [Fax]
jdimos@fbtlaw.com

James M. Matthews
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
317-237-3830 [Direct]
317-237-3900 [Fax]
jmatthews@fbtlaw.com

Darren A. Craig
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
317-237-3975 [Direct]
317-237-3900 [Fax]
dcraig@fbtlaw.com

By: *s/* Darren A. Craig
James Dimos, #11178-49
James M. Matthews, #10450-49
Darren A. Craig, #25534-49
Attorneys for Plaintiff PAYPAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mark J. Adey  mark.adey@btlaw.com
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan
South Bend, IN 46601

*s/* Darren A. Craig
Darren A. Craig

201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900

921464_1