UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PAYPAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 3:08-cv-00268-RLM-CAN |
| MARKET DEVELOPMENT SPECIALISTS, INC. d/b/a WINTERGREEN SYSTEMS and JOHN LEVY, | ) ) ) ) ) |
| Defendants. | ) ) |

**MARKET DEVELOPMENT SPECIALISTS, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF PAYPAL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant Market Development Specialists, Inc. ("MDS"), for its response in opposition to the *Motion for Partial Summary Judgment* ("Motion")(Doc. No. 18) filed by Plaintiff PayPal, Inc. ("PayPal"), states as follows:

**Statement of Material Facts That Are in Dispute.**

1. MDS disputes that MDS's liability to PayPal totals $509,524.78, as PayPal asserts in the Motion and accompanying materials. As reflected in the Affidavit of John Levy, the exact amount of MDS's liability remains in dispute, and, accordingly, this issue should proceed to trial.

2. MDS disputes that PayPal has properly credited MDS for a transaction which PayPal failed complete. As reflected in the Affidavit of John Levy, the exact amount of MDS's liability, less this credit, remains in dispute, and, accordingly, this issue should proceed to trial.

**Designation of Evidence in Support of Material Facts That Are in Dispute.**

1. Affidavit of John Levy, together with exhibits.

**Plaintiff PayPal has Failed to Establish an Undisputed Balance of Its Claim.**

Summary judgment is proper only when the pleadings, depositions, affidavits and other products of discovery disclose no genuine issues of material fact and the moving party is entitled to judgment as a matter of law. Fed.R.Civ.P. 56(c); *Celotex Corp. v. Catrett*, 477 U.S. 317, 91

L.Ed.2d 265, 273, 106 S.Ct. 2548 (1986). The party opposing summary judgment must set forth specific facts establishing a genuine issue for trial. *See Hoffman v. MCA, Inc.*, 144 F.3d 1117, 1121 (7th Cir. 1998); *Senner v. Northcentral Tech. College,* 113 F.3d 750, 757 (7th Cir. 1997). Through this opposition and accompanying documents, MDS has demonstrated that a genuine issues of material fact -- the amount of PayPal's claim -- exists. As a result, PayPal has not and cannot meet its burden necessary to procure summary judgment under Fed.R.Civ.P. 56.

Attached to this Opposition as <u>Exhibit 1</u> is the Affidavit of John Levy, MDS's President. MDS's Ledger, which tracks the credits due to MDS from PayPal, reflects that MDS's liability is lesser than the amount sought be PayPal. (Levy Aff., ¶¶15 - 17.) Further, MDS is also entitled to another credit resulting from a transaction which PayPal failed to complete. (Levy Aff., ¶¶19 - 24.)

**Conclusion**

Plaintiff PayPal has failed to provided the Court with an accurate balance of the amount to which it claims it is entitled. Accordingly, PayPal has failed to provide the Court with sufficient evidence upon which summary judgment could be granted on the issue of the amount due, and Plaintiff PayPal's Motion should be denied.

Respectfully submitted,

/s/ Mark J. Adey
Mark J. Adey
BARNES & THORNBURG LLP
600 1st Source Bank Center
101 North Michigan Street
South Bend, Indiana 46601
Telephone: (574) 233-1171
Facsimile: (574) 237-1125
Email: mark.adey@btlaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served upon all attorneys of record via the Court's ECF system, this 12th day of January, 2009:

/s/ Mark J. Adey