IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PAYPAL, INC., ) | Cause No. 3:08-cv-268 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MARKET DEVELOPMENT ) | |
| SPECIALISTS, INC. D/B/A ) | |
| WINTERGREEN SYSTEMS and ) | |
| JOHN LEVY, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF PAYPAL, INC.'S REPLY BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Market Development Specialists, Inc. d/b/a Wintergreen Systems ("Wintergreen") admitted it is liable to Plaintiff PayPal, Inc. ("PayPal") for breach of contract. Through the Affidavit of John Levy ("Levy Affidavit"), filed with its Response In Opposition To Plaintiff PayPal, Inc.'s Motion For Partial Summary Judgment ("Response"), Wintergreen admitted that it owes PayPal $489,389.38. While that amount differs from the amount reflected in PayPal's records, PayPal is willing to adopt Wintergreen's amount and requests that this Court enter summary judgment in its favor and against Wintergreen for $489,389.38.

Nowhere in Wintergreen's Response, or the Levy Affidavit, does Wintergreen dispute that it is liable to PayPal for the negative balance in its PayPal account resulting from transactions with TigerDirect that occurred between June 21, 2007, and June 27, 2007. In fact, the Levy Affidavit states that: (1) the chargebacks from the TigerDirect transactions "caused [Wintergreen's] Account at PayPal to be debited by the aggregate amount of $560,000, *for which [Wintergreen] became obligated to pay PayPal*"; and (2) "The Ledger reflects that, after application of the October 2007 Payments and the proceeds from the E-Bay Transactions,

*[Wintergreen's] aggregate remaining obligation to PayPal* under the Account fails to exceed $508,889.38, exclusive of additional credits to which [Wintergreen] is entitled." (Levy Affidavit at ¶¶ 8, 14) (emphasis added).

Those statements in the Levy Affidavit are judicial admissions that Wintergreen owes PayPal $489,389.38 under the terms of the User Agreement -- the $508,889.38 amount Wintergreen claims was the negative balance of its account after certain payments and proceeds from e-Bay transactions were applied (Levy Aff. at ¶ 14), less the $19,500 additional credit Wintergreen argues it is entitled to receive (Levy Aff. at ¶¶ 16–21). *Casey v. Kwick Trip, Inc.*, 114 Fed. Appx. 215, 218 n.3 (7th Cir. 2004) (concession in response to summary judgment motion constitutes a judicial admission); *Karkoukli's, Inc. v. Dohany*, 409 F.3d 279, 283 (6th Cir. 2005) (same principle).[1] Because PayPal is willing to adopt the amount in the Levy Affidavit as the amount Wintergreen owes, this Court should enter summary judgment on PayPal's breach of contract claim for that amount.

PayPal respectfully requests that this Court determine there is no just reason for delay and enter summary judgment in favor of PayPal and against Wintergreen for $489,389.38, together with interest and costs of this action.

                                          FROST BROWN TODD LLC

                                          By:  s/Darren A. Craig
                                                 James Dimos, #11178-49
                                                 James M. Matthews, #10450-49
                                                 Darren A. Craig, #25534-49
                                                 Attorneys for Plaintiff PAYPAL, INC.

---

[1] PayPal believes that the dispute over the $19,500 credit relates to transactions Wintergreen entered into with a customer which PayPal did not apply to its negative balance because the transactions -- like the TigerDirect transactions -- ultimately resulted in chargebacks. While PayPal is not conceding that the $489,389.38 amount is correct, it is willing to not dispute the amount owed for purposes of this Motion For Partial Summary Judgment.

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mark J. Adey  mark.adey@btlaw.com
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan
South Bend, IN  46601

        s/Darren A. Craig
        Darren A. Craig

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
jdimos@fbtlaw.com
jmatthews@fbtlaw.com
dcraig@fbtlaw.com

925182_1