```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF INDIANA
                  SOUTH BEND DIVISION
```

| | |
|---|---|
| PAYPAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   NO. 3:08-CV-268 |
| | ) |
| MARKET DEVELOPMENT | ) |
| SPECIALISTS, INC. D/B/A | ) |
| WINTERGREEN SYSTEMS and | ) |
| JOHN LEVY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiff Paypal, Inc.'s Motion for Partial Summary Judgment, filed on December 8, 2009. This motion is **TAKEN UNDER ADVISEMENT.** This matter is set for a status on May 29, 2009 at 12:30 p.m. Individuals with full settlement authority must be present at the status conference.

**DATED: May 4, 2009**            /s/RUDY LOZANO, Judge
                                  United States District Court