IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| PAYPAL, INC., | ) | Cause No. 3:08-cv-268 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARKET DEVELOPMENT | ) | |
| SPECIALISTS, INC. D/B/A | ) | |
| WINTERGREEN SYSTEMS and | ) | |
| JOHN LEVY, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE OR, IN THE ALTERNATIVE, TO PERMIT PARTIES TO ATTEND STATUS CONFERENCE TELEPHONICALLY**

Plaintiff PayPal, Inc. and Defendants Market Development Specialists, Inc. d/b/a Wintergreen Systems and John Levy, jointly and by counsel, respectfully request that this Court continue the status conference currently scheduled for May 29, 2009, or, in the alternative, permit the parties and their counsel to attend the status conference by telephone. In support of this Motion, the parties state:

1. On May 4, 2009, this Court entered an Order taking PayPal's Motion for Partial Summary Judgment under advisement and scheduling a status conference for 12:30 p.m. on May 29, 2009.

2. The May 4, 2009, Order provides requires that "Individuals with full settlement authority must be present at the status conference."

3. The parties to this suit have already engaged, unsuccessfully, in extensive settlement discussions. Settlement discussions have not been successful because Defendants' current lender has a blanket lien on all of Defendants' property and will not authorize Defendants

to make cash payments to persons other than current vendors. Settlement is also made more difficult because a judgment for approximately $12,000,000 has been entered in another case against Defendant Market Development Specialists, Inc.

4. PayPal believes it has meritorious claims against Defendants and has already filed a fully-briefed Motion for Summary Judgment on its breach of contract claim. PayPal does not believe a fair settlement can be achieved without some cash payment by Defendants.

5. In light of current circumstances, the parties do not believe it is financially possible to reach a settlement agreement and therefore request that this Court continue the status conference.

6. If this Court does not continue the status conference, the parties respectfully request leave to attend the conference telephonically. All parties and their counsel reside and have their offices outside of Lake County, Indiana. PayPal has its principal place of business in California.

7. Counsel and party representatives are prepared to attend any status conference telephonically.

WHEREFORE, PayPal, Inc. and Defendants Market Development Specialists, Inc. d/b/a Wintergreen Systems and John Levy respectfully requests that this Court continue the status conference currently scheduled for May 29, 2009, or, in the alternative, permit the parties and their counsel to attend the status conference telephonically.

| | |
|---|---|
| By: s/Darren A. Craig<br>James Dimos, #11178-49<br>James M. Matthews, #10450-49<br>Darren A. Craig, #25534-49<br>FROST BROWN TODD LLC<br>201 North Illinois Street, Suite 1900<br>P.O. Box 44961<br>Indianapolis, IN 46244-0961<br>317-237-3800<br>Fax: 317-237-3900<br>jdimos@fbtlaw.com<br>jmatthews@fbtlaw.com<br>dcraig@fbtlaw.com<br><br>Attorneys for Plaintiff PAYPAL, INC. | By: s/Mark J. Adey<br>Mark J. Adey, # 14175-46<br>BARNES & THORNBURG LLP<br>600 1st Source Bank Center<br>100 North Michigan<br>South Bend, IN 46601<br>574-233-1171<br>Fax: 574-237-1125<br>mark.adey@btlaw.com<br><br>Attorney for Defendants MARKET DEVELOPMENT SPECIALISTS, INC. d/b/a WINTERGREEN SYSTEMS and JOHN LEVY |

939718_1