```
                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF INDIANA
                            SOUTH BEND DIVISION
```

PAYPAL, INC.,                         )
                                      )
Plaintiff,                            )
                                      )
vs.                                   )    NO. 3:08-CV-268
                                      )
MARKET DEVELOPMENT                    )
SPECIALISTS, INC. D/B/A               )
WINTERGREEN SYSTEMS and               )
JOHN LEVY,                            )
                                      )
Defendant.                            )

## ORDER

This matter is before the Court on the Joint Motion to Continue Status Conference or, in the Alternative, to Permit Parties to Attend Status Conference Telephonically.  In the instant motion, the parties note that this Court has required that individuals with full settlement authority must be present at the status conference.  The parties also note that they have already exhausted settlement discussions, and that a fully-briefed Motion for Summary Judgment on PayPal's breach of contract claim remains pending.  The motion does not indicate that the parties are unable to attend the status, and does not indicate what length of continuance is necessary.  Rather, the parties seem to be seeking an indefinite continuance, instead desiring to proceed towards a ruling on the instant summary judgment motion.  This Court has concerns about the pending summary judgment that will be voiced more fully at the status conference.

Additionally, it is this Court's policy not to conduct any proceedings telephonically. Therefore, upon due consideration, the motion is **DENIED.** However, **this matter is rescheduled for June 4, 2009 at 1:00 p.m.** Individuals with full settlement authority must be present at the status conference.

**DATED: May 26, 2009**  /s/RUDY LOZANO, Judge
 **United States District Court**