AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | | |
|---|---|---|
| PayPal Inc | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    3:08cv268 |
| Market Development Specialists Inc *d/b/a* *Wintergreen Systems,* *John Levy* | ) ) ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X   other:    Judgement against Market Development Specialists, Inc in the amount of $509,524.78 on Count I. Count II against John Levy is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:    Jul 10, 2009                       *CLERK OF COURT*

s/kschwenk

*Signature of Clerk or Deputy Clerk*